McCASLAND et al. v. TEXAS & P. RY. CO. (Circuit Court of Appeals, Fifth Circuit. December 1, 1913.) No. 2508. In Error to the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge. Action at law by J. N. and Ortelle McCasland against the Texas & Pacific Railway Company. Judgment for defendant, and plaintiffs bring error. Affirmed. Thos. W. Davidson and P. O. Beard, both of Marshall, Tex., for plaintiffs in error. W. T. Armistead, of Jefferson, Tex., and F. H. Pren-

dergast, of Marshall, Tex., for defendant in error.    Before PARDEE and SHELBY, Circuit Judges, and CALL, District Judge.

PER CURIAM.   In this case the trial judge peremptorily directed a verdict for the defendant.   On careful consideration of the pleadings and evidence, we fully concur in the ruling.   Affirmed.